JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SIMMONS,<br>　　　　Plaintiff(s),<br>vs.<br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br>　　　　Defendant(s). | Case No. 2:21-cv-08248-RGK-MAAx<br><br>ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |

　　　　On January 26, 2022, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") [20], which ordered plaintiff to file timely proof of service of the summons and complaint on all defendants or respond to the Order to Show Cause in writing on or before February 4, 2022. As of this date, no proofs of service or a written response has been filed.

　　　　The Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: February 9, 2021

　　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE